IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AXA EQUITABLE LIFE INSURANCE COMPANY,

    Plaintiff,

vs.                                            Case No. 5:06 cv 59 RS/AK

LIONEL SANDS, CAROL ASHWORTH,
ANN MORTENSEN, ELOISE HEAPS &
GUY HEAPS,

    Defendants.
_____

LIONEL SANDS,
    Counterclaim Plaintiff,

-vs-

AXA EQUITABLE LIFE INSURANCE COMPANY

    Counterclaim Defendant.
_____

LIONEL SANDS,
    Cross-Claim Plaintiff,

-vs-

AXA EQUITABLE LIFE INSURANCE COMPANY,
CAROL ASHWORTH, ANN MORTENSEN,
ELOISE HEAPS and GUY HEAPS,
    Cross-Claim Defendants.
_____/

## CROSS CLAIM BY LIONEL SANDS

Cross-Claim Plaintiff, LIONEL SANDS, by undersigned counsel, pursuant to Rule 13(g), Federal Rules of Civil Procedure, sues CAROL ASHWORTH, ANN MORTENSEN, ELOISE HEAPS AND GUY HEAPS, by way of Cross Claim, and states in support the following:

### JURISDICTION AND PARTIES

1. Cross-Claim Plaintiff Lionel Sands is a resident of Marianna, Jackson County, Florida.

2. Defendants CAROL ASHWORTH, ELOISE HEAPS and GUY HEAPS are residents and citizens of the State of Missouri.

3. Defendant ANN MORTENSEN is a resident and citizen of the State of Nevada.

4. Each of the Cross-Claim Defendants is a surviving relative of the insured, Gail Sands, Deceased.

5. This Court has subject matter jurisdiction pursuant to 28 USC § 1332 since the controversy exceeds the sum of $75,000 exclusive of interest and costs as between citizens of different states.

6. Venue is appropriate in this Court pursuant to 27 USC § 1397 because one of the adverse claimants resides in the judicial district in which this Court sits.

7. AXA Equitable Life Insurance Company issued a life insurance policy insuring the life of Gail Sands as set forth in Attachment "A" hereto.

8. This action is brought pursuant to 28 USC §§ 2201 and 2202 for declaratory judgment of the rights and responsibilities of parties under the said insurance contract attached hereto as Attachment "A."

2

9. AXA Equitable Life Insurance Company has deposited with this Court the insurance proceeds from the subject life insurance policy (Attachment "A") for the purpose of the Court determining which party is entitled to receive the proceeds.

10. Counterclaim Plaintiff Lionel Sands is a third-party beneficiary of the said insurance contract and is the primary beneficiary designated to receive the proceeds of the life insurance contract.

11. Counterclaim Plaintiff Lionel Sands made a claim with AXA Equitable Life Insurance Company and provided satisfactory proof of the death of Gail Sands on June 9, 2001, which was prior to the final policy date.

12. Under the terms and conditions of the life insurance policy, this Court should:

    A. Take jurisdiction of the subject matter and parties of this action.

    B. Enter a declaratory judgment that Lionel Sands is entitled to receive the proceeds of the life insurance policy since he is the primary beneficiary under the policy.

    C. Order the proceeds in the Registry of the Court from the AXA Equitable Life Insurance Company policy together with all interest thereon to be paid forthwith to Lionel Sands.

    D. Such other and further relief as the Court deems just in the premises.

ON ANY AND ALL OF THE CLAIMS SET FORTH ABOVE, COUNTERCLAIM PLAINTIFF LIONEL SANDS REQUESTS TRIAL BY JURY OF ALL ISSUES TRIABLE OF RIGHT BY A JURY.

Respectfully submitted this 1st day of May, 2006.

_____
SIDNEY L. MATTHEW
Florida Bar No. 193496
GORMAN & MATTHEW, P.A.
Post Office Box 1754
Tallahassee, FL 32302-1754
(850) 224-7887
FAX: (850) 681-3122
E-Mail: gormanandmatthew@earthlink.net
Attorneys for Defendant/Counterclaim
Plaintiff Lionel Sands

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Glenda L. Thornton
Foley & Lardner LLP
106 East College Avenue, Suite 900
Tallahassee, FL 32301

Elizabeth L. Bevington
Holland & Knight LLP
P.O. Drawer 810
Tallahassee, FL 32302

Matthew Harrison Mears
Holland & Knight LLP
P.O. Drawer 810
Tallahassee, FL 32302

_____
SIDNEY L. MATTHEW